UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LESA NASH<br><br>Plaintiff,<br><br>v.<br><br>GMAC MORTGAGE, LLC, ORLANS MORAN PLLC, and JULIE MORAN<br><br>Defendants. | Civil Action No. 1:10-cv-00493-S-DLM |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action with prejudice, each party to be responsible for its own attorneys' fees and costs. All rights of appeal are waived.

Plaintiff
LESA A. NASH

*Pro Se*,

_____
Lesa A. Nash, *Pro Se*
60 Lakeview Drive
Chepachet, RI 02814

Dated: June 16, 2011

Defendant
GMAC MORTGAGE, LLC

By its attorneys,

/s/Brian S. Grossman
Brian S. Grossman, Esq., RI Bar ID 7308
bgrossman@princelobel.com
PRINCE LOBEL TYE LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
Tel: 617-456-8000

1345791.1