UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LESA NASH,
    Plaintiff,

v.                                                                       CA 10-493 S

GMAC MORTGAGE, LLC, ORLANS
MORAN PLLC, and JULIE MORAN,
    Defendants.

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on May 18, 2011, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed, the Defendant GMAC Mortgage, LLC's Motion to Dismiss (ECF #15), Orlans Moran PLLC's and Julie Moranc's Motion to Dismiss (ECF #14) are hereby GRANTED and the case is hereby dismissed without prejudice.

ENTER:

_____
William E. Smith
United States District Judge

Date: 6/16/11